| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION | * | IN THE |
| OF MARYLAND | | COURT OF APPEALS |
| | * | OF MARYLAND |
| Petitioner | | |
| | * | Misc. Docket AG Nos. 20 & 78 |
| v. | | |
| | * | September Term, 2016 |
| | * | |
| MARC GREGORY SNYDER | * | In the Circuit Court |
| | | for Baltimore City |
| Respondent. | * | 24-C-16-4247 AG |

## ORDER

This matter came before the Court on the Joint Petition of the Attorney Grievance Commission of Maryland and Respondent, Marc Gregory Snyder, to indefinitely suspend the Respondent from the practice of law. The Court having considered the Petition and the record herein, it is this 3rd day of February, 2017.

ORDERED, that, thirty (30) days from the date of this Order, Respondent, Marc Gregory Snyder, be indefinitely suspended from the practice of law in the State of Maryland for violation of Rules 1.1, 1.3, 1.4, 1.5, 1.15(a), (c) and (d), 1.16(d), 8.1(b) and 8.4 (a) and (d) of the Maryland Lawyers' Rules of Professional Conduct; and it is further

ORDERED, that the Respondent shall not petition for reinstatement unless and until he has been deemed fit to practice law by a medical provider acceptable to Bar Counsel; and it is further

ORDERED, that, thirty (30) days from the date of this Order, the Clerk of this Court shall remove the name of Marc Gregory Snyder from the register of attorneys in the Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-736(d).

/s/ Clayton Greene Jr.
_____
Senior Judge